# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2953EA

_____

Jerry L. Jarrett,                                    *
                                                     *
          Appellant,                                 *
                                                     *
     v.                                              *
                                                     *
Larry Norris, Director, Arkansas                     *
Department of Correction; Max                        *
Mobley, Director of Treatment,                       *
Arkansas Department of Correction;                   *
John Byus, Director of Medical                       *   On Appeal from the United
Treatment, Arkansas Department of                    *   States District Court
Correction (originally sued as Byse);                *   for the Eastern District
Correctional Medical Services                        *   of Arkansas.
(originally sued as C.M.S.); Michael                 *
Young, Dr., Assistant Director                       *   [Not To Be Published]
Diagnostic Medicine, Arkansas                        *
Department of Correction; Brickman,                  *
Medical Director, Diagnostic Unit,                   *
Arkansas Department of Correction;                   *
Mogho, Dr., Medical Assistant                        *
Director, Diagnostic Unit, Arkansas                  *
Department of Correction; Charlie                    *
Walls, Medical Supervisor, Sebastian                 *
County Sheriff's Office,                             *
                                                     *
          Appellees.                                 *

_____

Submitted:  June 7, 2001
Filed:   June 25, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
    Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Jerry Jarrett appeals the District Court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust his administrative remedies as required under 42 U.S.C. § 1997e(a) (West Supp. 2000). The District Court did not err. Although Jarrett submitted numerous grievances regarding his medical care, he did not present proof that he fully exhausted as to all of the claims in his complaint. See Graves v. Norris, 218 F.3d 884, 885 (8th Cir. 2000) (per curiam); McAlphin v. Morgan, 216 F.3d 680, 682 (8th Cir. 2000) (per curiam); Hartsfield v. Vidor, 199 F.3d 305, 309 (6th Cir. 1999).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.